Cornelius W. Garrison, as Trustee in Bankruptcy of Century Steel Company of America, Inc., Appellant, v. Edward E. Perkins and Others, Respondents. (Appeal No. 2.) — Order vacating notice of examination of defendant Schatz before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The papers indicate that the examination of the defendant is material and necessary. Some of the objections urged at the time the motion was made are now academic. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

Cornelius W. Garrison, as Trustee in Bankruptcy of Century Steel Company of America, Inc., Appellant, v. Edward E. Perkins and Others, Respondents. (Appeal No. 3.) — Order vacating notice of examination of defendant Perkins before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The papers indicate that the examination of the defendant is material and necessary. Some of the

objections urged at the time the motion was made are now academic. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.